UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PRASAD NANNIPANENI, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ASHLAND CAPITAL FUND 2, LLC,<br><br>Defendant. | Case No. 24-12990<br>Honorable F. Kay Behm<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER ABOUT PLAINTIFFS' ORAL MOTION TO COMPEL**

As required by this Court's practice guidelines, plaintiffs requested a status conference to address discovery disputes. During the October 30, 2025, status conference, counsel said that two requests for production of documents remained in dispute.

In request for production of documents No. 2, plaintiffs requested, "All documents regarding Defendant's purchase of the HELOC mortgage loan." The Court **ORDERS** defendant to identify the categories of documents in its possession, custody, or control that would be responsive to that request. The parties must then engage in a meet and confer to discuss which

categories are relevant and proportional to the needs of the case and should thus be produced.

In request for production of documents No. 3, plaintiffs requested, "All documents regarding the purchase of the HELOC loan by Defendant's predecessors in interest." Defendant objected to the relevance of this request, but then said during that status conference that it has no documents responsive to this request in its possession, custody, or control. The Court **ORDERS** defendant to supplement its response by stating that it has no responsive documents and to sign the supplement under Federal Rule of Civil Procedure 26(g).

The Court will hold another status conference on December 5, 2025 at 10:30 a.m. to address any remaining issues related to these document requests. If the parties have resolved all the issues, they must notify the Court and the status conference will be canceled.

s/Elizabeth A. Stafford  
ELIZABETH A. STAFFORD  
United States Magistrate Judge

Dated: October 30, 2025

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 30, 2025.

s/Davon Allen
DAVON ALLEN
Case Manager