UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PRASAD NANNIPANENI, *et al*.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>ASHLAND CAPITAL FUND 2, LLC,<br><br>　　　　　　　　　　Defendant. | Case No. 24-12990<br>Honorable F. Kay Behm<br>Magistrate Judge Elizabeth A. Stafford |

# ORDER DENYING WITHOUT PREJUDICE
# PLAINTIFF'S ORAL MOTION TO COMPEL DISCOVERY
# (ECF NO. 38)

　　The Honorable F. Kay Behm referred this matter to the undersigned for all discovery matters under 28 U.S.C. § 636(b).  ECF No. 23.  As discussed during a status conference held on December 5, 2025, Plaintiffs' oral motion to compel discovery (ECF No. 38) is **DENIED WITHOUT PREJUDICE.**

　　　　　　　　　　　　　　　　s/Elizabeth A. Stafford
　　　　　　　　　　　　　　　　ELIZABETH A. STAFFORD
　　　　　　　　　　　　　　　　United States Magistrate Judge

Dated: December 8, 2025

1

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 8, 2025.

s/Davon Allen
DAVON ALLEN
Case Manager